### CONNER *v.* THE STATE.

BECK, Presiding Justice. 1. Under the evidence in this case the jury were authorized to find that in the execution of a common purpose and design the accused was present when the decedent was shot and killed, and that the killing was the result of a conspiracy between the accused and a third party. The homicide was without justification or mitigation, and the jury did not err, under the evidence in the case, in returning a verdict of guilty.

2. The court did not err in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur, except Atkinson, J., absent because of illness.*

No. 11453. OCTOBER 16, 1936.

*P. Z. Geer,* for plaintiff in error.

*M. J. Yeomans,* attorney-general, *R. A. Patterson,* solicitor-general, *Hooper & Hooper,* and *G. L. Goode,* contra.